

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| COCKRELL INVESTMENT PARTNERS, L.P., | § | |
| | § | No. 08-21-00200-CV |
| Appellant, | § | |
| | § | Appeal from the |
| v. | § | 83rd District Court |
| MIDDLE PECOS GROUNDWATER CONSERVATION DISTRICT, TY | § | of Pecos County, Texas |
| EDWARDS, in his Official Capacity as General Manager of the MIDDLE PECOS | § | (TC# P-8277-83-CV) |
| GROUNDWATER CONSERVATION DISTRICT, and FORT STOCKTON | § | |
| HOLDINGS, L.P., | § | |
| Appellees. | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellees recover from Appellant and its sureties, if any, *see* TEX. R. APP. P. 43.5, for performance of the judgment and all costs, both in this Court and the court below, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 10TH DAY OF JULY, 2023.

GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.